IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY LAMAR WALKER,

    Petitioner,

v.                                            CASE NO. 1:07-cv-172-MMP/AK

WALTER MCNEIL,

    Respondent.

_____/

### **O R D E R**

    This cause is before the Court on the Petitioner's Motion for Transfer or, Alternatively for Injunction. Doc. 26. Petitioner has no constitutional right to be housed in any particular institution, and the matters about which he complains are not cognizable in this habeas action. The motion is therefore **DENIED**. Petitioner may certainly pursue other means of redress, for example, by filing suit under 42 U.S.C. § 1983, but he must exhaust his administrative remedies on the issues about which he complains beforehand unless he is able to show some exception to the exhaustion requirement.

    **DONE AND ORDERED** this *15th* day of August, 2008.

                                    ***s/ A. KORNBLUM***
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**